UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON GRAND JURY 2019
JANUARY 28, 2020 SESSION



**UNITED STATES OF AMERICA**

v.  CRIMINAL NO. 3:20-cr-00018
    18 U.S.C. § 922(g)(1)
    18 U.S.C. § 924(a)(2)

**KYMONI DAVIS**
    also known as "Money"

### INDICTMENT
(Felon in Possession of Ammunition)

The Grand Jury Charges:

1. On or about January 1, 2020, at or near Huntington, Cabell County, West Virginia, within the Southern District of West Virginia, defendant KYMONI DAVIS, also known as "Money," did knowingly possess 9mm ammunition in and affecting interstate commerce.

2. At the time defendant KYMONI DAVIS, also known as "Money," possessed the aforesaid ammunition, he knew he had been convicted of crimes punishable by a term of imprisonment exceeding one year, as defined in 18 U.S.C. § 921(a)(20), that is:

   a. Convicted on or about March 26, 2018, in the 9th Circuit Court, Kalamazoo County, Michigan, of the felony offense of uttering and publishing, in violation of Michigan Compiled Laws Section 750.249(1), in Case No. MI39005J;

   b. Convicted on or about May 24, 2018, in the 17th Circuit Court, Kent County, Michigan, of the felony offense of false pretenses with intent to defraud,

    in violation of Michigan Compiled Laws, Section 750.218(4)(a), in Case No. 20183354;

  c. Convicted on or about January 25, 2019, in the 3rd Circuit Court, Wayne County, Michigan, of the felony offense of delivering a check without account, in violation of Michigan Compiled Laws, Section 750.131a(1), in Case No. 1900021701.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

          MICHAEL B. STUART
          United States Attorney

      By: _____
         R. GREGORY McVEY
         Assistant United States Attorney